IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MICHAEL K. GREGORY,

       Plaintiff,

       v.              Civil Action No. 2:05-cv-6

MICHAEL ASTRUE,
Commissioner of Social Security,

       Defendant.

## **ORDER GRANTING MOTION TO SUPPLEMENT**

On December 16, 2005, Plaintiff in the above action filed a motion to supplement the record. The motion is hereby GRANTED. Plaintiff shall file on the Court's CM/ECF system any documents from the motion he wishes to include in the administrative record within five (5) days from the date of this order.

       IT IS SO ORDERED.


DATED: July 19, 2007

                         /s/ James E. Seibert
                         JAMES E. SEIBERT
                         UNITED STATES MAGISTRATE JUDGE